

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00535-CR

Karl Arthur **KEENE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR7223
Honorable Joel Perez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 12, 2025.

_H. Todd McCray_
H. Todd McCray, Justice